FILED & ENTERED

JAN 18 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>EDWARD CHRISTOPHER PEHLEVANIAN,<br><br>                   Debtor.<br><br>EDWARD CHRISTOPHER PEHLEVANIAN,<br><br>                   Plaintiff,<br><br>v.<br><br>U.S. DEPT. OF EDUCATION and MIDLAND FUNDING, LLC,<br><br>                   Defendants. | Chapter 7<br><br>Case No.: 1:20-bk-11680-VK<br><br>Adv. No.: 1:21-ap-01070-VK<br><br>**ORDER TO SHOW CAUSE WHY THIS ADVERSARY PROCEEDING SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**<br><br>Date:  March 9, 2022<br>Time:  1:30 p.m.<br>Place:  Courtroom 301<br>          21041 Burbank Blvd.<br>          Woodland Hills, CA 91367 |

      On January 12, 2022 at 1:30 p.m., the Court held a status conference regarding the complaint (the "Complaint") [doc. 1] of Edward Christopher Pehlevanian (the "Plaintiff") against the United States Department of Education and Midland Funding, LLC (the

"Defendants") in the above-captioned adversary proceeding, the Honorable Victoria S. Kaufman, United States Bankruptcy Judge, presiding. No appearances were made.

The Court, having considered the record in this adversary proceeding, the Plaintiff not having appeared at the status conference and not having filed a proof of service of the issued summons and the Complaint on the Defendants pursuant to Fed. R. Bankr. P. 7004 and Local Bankruptcy Rule 7004-1(a), and for good cause appearing, it is hereby

ORDERED, that Plaintiff must appear at a continued status conference hearing on **March 9, 2022 at 1:30 p.m.** to show cause and explain why this adversary proceeding should not be dismissed for failure to prosecute; and it is further

ORDERED, that no later than **February 23, 2022,** the Plaintiff must file a written response to this order (the "Order to Show Cause"); and it is further

ORDERED, that Plaintiff must request Another Summons from the Court, using form F 7001-1.2.REQUEST.ANOTHER.SUMMONS, located on the Court's website [www.cacb.uscourts.gov], and serve the Another Summons and the Complaint upon the Defendants **within seven (7) days of its issuance by the Court**; and it is further

ORDERED, that the Plaintiff must attach to the Another Summons a copy of Judge Kaufman's Status Conference Instructions, located on the Court's website [www.cacb.uscourts.gov]; and it is further

ORDERED, that the parties are to attend the hearing on the Order to Show Cause via ZoomGov, which provides a live video connection with the Court. **Any attorney or party in interest who makes an appearance on the record must appear by video.** The following instructions will apply to the ZoomGov hearing:

(1) Meeting Information: March 9, 2022

   Meeting URL: https://cacb.zoomgov.com/j/1610910997

   Meeting ID: 161 091 0997

   Password: 376212

   Join by Telephone: 1-669-254-5252 or 1-646-828-7666

(2) Hearing participants and members of the public may view and listen to the hearing through ZoomGov **free of charge**. Individuals may connect by ZoomGov video and audio using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device (such as an iPhone). Neither a Zoom nor a ZoomGov account is necessary to participate and no pre-registration is required.

(3) The audio portion of each hearing will be recorded electronically by the Court and constitute its official record.

(4) All persons (other than Court staff creating the official record of the hearing) are strictly prohibited from making any audio or video recording of the proceedings.

###

Date: January 18, 2022

Victoria S. Kaufman
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled: ***ORDER TO SHOW CAUSE WHY THIS ADVERSARY PROCEEDING SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE*** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and Local Bankruptcy Rules, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of ***January 18, 2022***, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses indicated below.

- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov
- **Nancy J. Zamora (TR)**    zamora3@aol.com, nzamora@ecf.axosfs.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

**Zaven A Pehlevanian**
Law Offices of Zaven A. Pehlevanian, PC
18017 Chatsworth St Ste 532
Granada Hills, CA 91344

**Edward Christopher Pehlevanian**
17140 Stare St.
Northridge, CA 91325

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses indicated below:

☐ Service information continued on attached page