| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Zaven A. Pehlevanian, ESQ.<br>Pehlevanian Law Group, APC.<br>3500 W. Olive Ave., Suite 300<br>Burbank, CA 91505<br>Email: zaven@plg.legal<br>Ph: 818-793-0363<br>Fax: 818-793-0366<br><br>☐ *Individual appearing without attorney*<br>☐ *Attorney for:* Edward Christopher Pehlevanian | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| In re:<br>Edward Christopher Pehlevanian<br><br>Debtor(s). | CASE NO.: 1:20-bk-11680-VK<br>ADVERSARY NO.: 1:21-ap-01070-VK<br>CHAPTER: 7 |
|---|---|
| Edward Christopher Pehlevanian<br><br>Plaintiff(s).<br>vs.<br>United States Department of Education<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: 05/25/2022<br>TIME: 1:30PM<br>COURTROOM: 301<br>ADDRESS: 21041 Burbank Blvd.<br>Woodland Hills, CA 91367 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A. PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?  ☒ Yes  ☐ No
2. Have all parties filed and served answers to the Claims Documents?  ☒ Yes  ☐ No
3. Have all motions addressed to the Claims Documents been resolved?  ☐ Yes  ☐ No
4. Have counsel met and conferred in compliance with LBR 7026-1?  ☒ Yes  ☐ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 1                            F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):
To date, there have been no motions filed and/or served to the claims documents

B. **READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

   <u>Plaintiff</u>                                              <u>Defendant</u>
   September 19, 2022                                  December 2022

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

   <u>Plaintiff</u>                                              <u>Defendant</u>
   Attorney for Plaintiff has a busy court schedule in the          To complete discovery.
   upcoming months.

3. When do you expect to complete <u>your</u> discovery efforts?

   <u>Plaintiff</u>                                              <u>Defendant</u>
   August 01, 2022                                      November 1, 2022

4. What additional discovery do you require to prepare for trial?

   <u>Plaintiff</u>                                              <u>Defendant</u>
   Request for documents, special interogatories and          Written discovery requests, deposition(s) and
   and possible depositions                              third-party subpoenas, as applicable

C. **TRIAL TIME:**

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

   <u>Plaintiff</u>                                              <u>Defendant</u>
   2 days                                                1-2 days

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

   <u>Plaintiff</u>                                              <u>Defendant</u>
   2-4                                                   Unknown at this time

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                              Page 2                                              F 7016-1.STATUS.REPORT

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| 1-5 | Unknown at this time |

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is ☐ is not requested | Pretrial conference ☒ is ☐ is not requested |
| Reasons: | Reasons: |
| | To narrow the scope of issues for trial. |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after: | Pretrial conference should be set after: |
| (date) 08/01/2022 | (date) 12/15/2022 |

E. **SETTLEMENT:**

1. What is the status of settlement efforts?

   Held initial discussion with opposing counsel.

2. Has this dispute been formally mediated?  ☐ Yes  ☐ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☒ Yes  ☐ No | ☐ Yes  ☐ No |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                               Page 3                               F 7016-1.STATUS.REPORT

F. **FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☒ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

G. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Respectfully submitted,

Date: 05/09/2022

Pehlevanian Law Group, APC.
Printed name of law firm

*Zaven Pehlevanian*
Signature

Zaven A. Pehlevanian, ESQ.
Printed name

Attorney for: Edward Christopher Pehlevanian

Date: 05/09/2022

U.S. ATTORNEY'S OFFICE
Printed name of law firm

*Elan S. Levey*
Signature

ELAN S. LEVEY
Printed name

Attorney for: U.S. DEPARTMENT OF EDUCATION

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    Page 4    F 7016-1.STATUS.REPORT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3500 W. Olive Ave., Suite 300, Burbank, CA 91505

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 05/10/2022 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Service list attached

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/10/2022 | Lowen A. Pehlevanian | *signature* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                              Page 5                         F 7016-1.STATUS.REPORT

Service List

Civil Process Clerk
Office of the United States Attorney
Room 7516, Federal Building
300 North Los Angeles Street
Los Angeles, CA 90012

Attorney General
U.S. Department of Justice
Ben Franklin Station
P.O. Box 683
Washington, D.C. 20044

United States Department of Education
Office of General Counsel
400 Maryland Ave., SW, Room 6E353
Washington, D.C. 20202

United States Department of education,
Attn: Elan S Levey,
Federal Build., Ste.7516,
300 N Los Angeles St.,
Los Angeles, CA 90012

Midland Funding, LLC.
CSC-Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833-3505