1  Zaven A. Pehlevanian, ESQ (SBN:330750)
2  Law Offices of Zaven A. Pehlevanian, PC.
   3500 W. Olive Ave., Suite 300
3  Burbank, CA 91505
   818-793-0363 | 818-793-0366
4  Zaven@PLG.LEGAL
5
6                  UNITED STATES BANKRUPTCY COURT
7                  CENTRAL DISTRICT OF CALIFORNIA
8                       LOS ANGELES DIVISION

| | |
|---|---|
| EDWARD CHRISTOPHER. PEHLEVANIAN,<br><br>Debtor | Chapter 7<br><br>Case No. 1:20-bk-11680-VK<br>Adv. No.<br><br>DEBTOR EDWARD CHRISTOPHER PEHLLEVANIAN'S MOTION TO DIMSISS MIDLAND FUNDING LLC. AS PARTY TO THIS MATTER. |
| EDWARD CHRISTOPHER. PEHLEVANIAN,<br><br>Debtor<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF EDUCATION AND MIDLAND F UNDING LLC,<br><br>Defendants | Date:     May 25, 2022<br>Time:     1:30PM<br>Courtroom: 301 |

**DEBTOR'S MOTION FOR DISMISSAL OF MIDLAND FUNDING LLC. FROM THIS**

**PROCEEDING**

//

//

EDWARD PEHLEVANIAN ADVERSARY PROCEEDING

1. Debtor, Edward Christopher Pehlevanian hereby moves for the dismissal of Defendant Midland Funding LLC from this proceeding under Federal Rule of Civil Procedure 41(a)(2).

2. On or about May 2, 2022, the Parties agreed that the loan(s) which are the source of this complaint are both held and serviced by the United States Department of Education.

3. Further, both Edward Christopher Pehlevanian and Defendant Midland Funding LLC. agree that Midland Funding LLC. is not affiliatated or associated with this loan in any way, shape, or form.

4. In consideration of, the findings discussed above, the Parties jointly move the Court to dismiss Midland Funding LLC as a party to this matter without prejudice.

5. Each party shall bear its own costs and attorney's fees.

**RELIEF REQUESTED**

WHEREFORE, the Plaintiff(s), Edward Christopher Pehlevanian respectfully request(s) that the Court grant his request and dismiss Midland Funding LLC. as a party to this complaint with the guidance that each party shall bear its own costs and attorney's fees.

*Zaven Pehlevanian*
ZAVEN A. PEHLEVANIAN, ESQ.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3500 W. Olive Ave., Suite 300, Burbank, CA 91505

A true and correct copy of the foregoing document entitled (*specify*): <u>Debtor Edward Christopher Pehlevanian's Motion to Dismiss Midland Funding LLC as A Party to this matter.</u>

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __05/10/2022__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

See Attached List

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/10/2022 | Zaven A. Pehlevanian, ESQ. | *(signed)* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                          **F 9013-3.1.PROOF.SERVICE**

Service List

Civil Process Clerk
Office of the United States Attorney
Room 7516, Federal Building
300 North Los Angeles Street
Los Angeles, CA 90012

Attorney General
U.S. Department of Justice
Ben Franklin Station
P.O. Box 683
Washington, D.C. 20044

United States Department of Education
Office of General Counsel
400 Maryland Ave., SW, Room 6E353
Washington, D.C. 20202

United States Department of education,
Attn: Elan S Levey,
Federal Build., Ste.7516,
300 N Los Angeles St.,
Los Angeles, CA 90012

Midland Funding, LLC.
CSC-Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833-3505