E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
ELAN S. LEVEY (State Bar No. 174843)
Assistant United States Attorney
     Room 7516, Federal Building
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-3997
     Facsimile: (213) 894-7819
     Email: elan.levey@usdoj.gov

Attorneys for Defendant,
United States Department of Education

# UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA –SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>EDWARD CHRISTOPHER PEHLEVANIAN,<br><br>Debtor. | Case No. 1:20-bk-11680-VK<br><br>Chapter 7 |
| EDWARD CHRISTOPHER PEHLEVANIAN,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,<br><br>Defendants. | Adv. No. 1:21-ap-01070-VK<br><br>**STIPULATION TO: (1) EXTEND PRE-TRIAL DEADLINES AND DISCOVERY COMPLETION DATE; AND (2) CONTINUE PRE-TRIAL CONFERENCE**<br><br>Pre-Trial Conference<br>Date: March 8, 2023<br>Time: 1:30 p.m.<br>Place: Crtrm 301<br>     21041 Burbank Blvd.<br>     Woodland Hills, CA 91367 |

///

///

///

IT IS HEREBY STIPULATED by and between Plaintiff Edward Christopher Pehlevanian ("Plaintiff"), and Defendant United States Department of Education ("Defendant"), through their respective counsel of record (collectively, the "Parties"):

**RECITALS**

A.  On or about November 8, 2021, Plaintiff filed a complaint for the determination of dischargeability of student loan debt, pursuant to 11 U.S.C. Section 523(a)(8) (Docket No. 1) ("Complaint"), commencing the subject adversary proceeding ("Adversary Proceeding").

B.  After the issuance of Another Summons, Defendant timely filed an Answer to the Complaint.

C.  On October 12, 2022, the Court entered an order approving a stipulation between the Parties (Docket No. 31) ("Stipulated Order"), setting the following dates and deadlines:

    1.  Deadline for pre-trial motions to be filed and served on January 15, 2023;

    2.  Deadline for completion of discovery, including receiving responses to discovery requests, on February 17, 2023;

    3.  Deadline for the pre-trial stipulation or pre-trial order to be filed and lodged by February 22, 2023; and

    4.  Pre-trial conference on March 8, 2023 at 1:30 p.m.

D.  Since the entry of the Stipulated Order, Defendant has confirmed that Plaintiff's student loans for his attendance at ITT Technical Institute ("Student Loans") are eligible for administrative discharge. Defendant has also confirmed that no payments on the Student Loans payments are due during the pendency of the Adversary Proceeding. However, Defendant requires additional time to process Plaintiff's administrative discharge of the Student Loans, which will resolve the Adversary Proceeding.

///

///

///

///

///

1

E.  Therefore, based upon the foregoing, and in light of the Parties' ongoing good faith efforts to resolve this case, the Parties desire to extend the existing pre-trial deadlines and continue the pre-trial conference date.

## **STIPULATION**

1. The Recitals set forth above are hereby incorporated into the Stipulation by this reference.

2. The Parties hereby stipulate:

   a. The deadline for completion of discovery, including receiving responses to discovery requests, shall be extended from February 17, 2023 to May 31, 2023;

   b. The pre-trial conference shall be continued from March 7, 2023 at 1:30 p.m. to approximately June 6, 2023, or a date convenient to the Court's calendar; and

   c. The deadline to file the joint pre-trial stipulation shall be based upon the continued pre-trial conference date, pursuant to the Local Bankruptcy Rules.

3. The Parties shall bear their own attorney's fees and costs.

Dated: February 16, 2023    PEHLEVANIAN LAW GROUP, APC

By: *Zaven Pehlevanian*
ZAVEN A. PEHLEVANIAN
Attorneys for Plaintiff
Edward Christopher Pehlevanian


Dated: February 16, 2023    E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

/s/ Elan S. Levey
ELAN S. LEVEY
Assistant United States Attorney

Attorneys for Defendant,
United States Department of Education

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
United States Attorney's Office, 300 N. Los Angeles Street, Room 7516, Los Angeles, California 90012
A true and correct copy of the foregoing document entitled **STIPULATION TO: (1) EXTEND PRE-TRIAL DEADLINES AND DISCOVERY COMPLETION DATE; AND (2) CONTINUE PRE-TRIAL CONFERENCE** be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 17, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Elan S Levey**      elan.levey@usdoj.gov, julie.morales@usdoj.gov
- **Zaven Armen Pehlevanian**      zaven@plg.legal
- **United States Trustee (SV)**      ustpregion16.wh.ecf@usdoj.gov
- **Nancy J Zamora (TR)**      zamora3@aol.com, nzamora@ecf.axosfs.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **February 17, 2023** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 17, 2023** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 17, 2023 | JULIE MORALES | _/s/ Julie Morales_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012      **F 9013-3.1.PROOF.SERVICE**